AO 470 (8/85) Order of Temporary Detention

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 2 4 2006

LUTHER D. THOMAS, CLERK
By: [signature] Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

ALBERTO MUNOZ

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CASE NO. 1:06-MJ-412 -2

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for [1] MARCH 29, 2006 at 12:00 before United States Magistrate Judge JOEL M. FELDMAN, U.S. Courthouse, Richard B. Russell Building, 20th Floor, Courtroom 2022, 75 Spring Street, S.W., Atlanta, Georgia 30303.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated at Atlanta, Georgia this 24TH day of MARCH, 2006,.

[signature]
UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate; or attempt to threaten, injure, or intimidate a prospective witness or juror.